RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ANDREW WONG
Assistant Federal Public Defender
Nevada State Bar No. 14133
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Andrew_Wong@fd.org

Attorney for Jose Guadalupe Parra-Avalos

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSE GUADALUPE PARRA-AVALOS, <br><br> Defendant. | Case No. 2:19-cr-075-APG-CWH <br><br> **STIPULATION TO EXTEND DEADLINE FOR OBJECTIONS TO REPORT AND RECOMMENDATION (ECF NO. 21)** <br> (First Request) <br><br> **ORDER** |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Andrew Wong, Assistant Federal Public Defender, counsel for Jose Guadalupe Parra-Avalos, that the previously ordered deadline for filing of objections to the report and recommendation (ECF No. 21) be vacated and continued to Friday, June 7, 2019.

The Stipulation is entered into for the following reasons:

1. Defense counsel needs additional time to edit and finalize his objections to the Report and Recommendation.

2. The defendant is incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time to finalize and file his objections.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first stipulation to continue filed herein.

DATED this 4th day of June, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Andrew Wong*<br>By_____<br>ANDREW WONG<br>Assistant Federal Public Defender | */s/ Kimberly M. Frayn*<br>By_____<br>KIMBERLY M. FRAYN<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>JOSE GUADALUPE PARRA-AVALOS,<br><br>        Defendant. | Case No. 2:19-cr-075-APG-CWH<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Defense counsel needs additional time to edit and finalize his objections to the Report and Recommendation.

2. The defendant is incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time to finalize and file his objections.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

/ / /

/ / /

/ / /

## **ORDER**

IT IS FURTHER ORDERED, that defense counsel shall have to and including June 7, 2019 to file any objections to the report and recommendation.

Dated: June 4, 2019.

_____
UNITED STATES DISTRICT JUDGE